Under this view of the controversy, it is unnecessary for us to consider or decide any of the remaining contentions raised by the parties. We will, however, note that the case presents, in our opinion, an attempt to obtain damages upon purely legal demands. For this additional reason, the court had no jurisdiction over the international union. *Von Solbrig Memorial Hospital v. Licata*, 15 Ill.App.3d 1025, 1029, 305 N.E.2d 252, *leave to appeal denied* (March 19, 1974) and authorities therein cited.

It follows necessarily that the judgment appealed from must be reversed.

Judgment reversed.

EGAN, P. J., and BURKE, J., concur.

A. C. PATTERSON, Plaintiff-Appellant, *v.* SPINNEY RUN FARMS CORPORATION, Defendant-Appellee.

(No. 59426; ▮)

First District (1st Division)—May 20, 1974.

Opinion by Mr. JUSTICE GOLDBERG.

Walter LaVon Pride, of Chicago, for appellant.

Lord, Bissell & Brook, of Chicago (Hugh C. Griffin and Richard E. Mueller, of counsel), for appellee.

THE HOME INDEMNITY COMPANY, Plaintiff-Appellee, *v.* LOUIS LA BARBARA *et al.*, Defendants-Appellees—(PRESTIGE CASUALTY COMPANY, Defendant-Appellant.)

(No. 59219;

First District (4th Division)—May 22, 1974.

Greenberg, Ziv & McCarthy, of Chicago (Sherwin Greenberg, of counsel), for appellant.